# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1097.  FIRST AMERICAN BANK & TRUST COMPANY v. BARROW.**

First American Bank & Trust Company appeals from the trial court's second order for sanctions against the appellee, contending that the sanctions imposed by the trial court should have been more severe. In light of our decision in case no. A21A1096 to affirm the grant of summary judgment to the appellant, this appeal is now moot and, therefore, subject to dismissal. See *Scarbrough Group v. Worley*, 290 Ga. 234, 236 (719 SE2d 430) (2011) ("A case is moot when its resolution would amount to the determination of an abstract question not arising upon existing facts or rights[.]") (citations and punctuation omitted). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  11/01/2021

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*